NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 18a0038n.06

Case No. 16-3960

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jan 22, 2018
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| DRFP L.L.C., dba Skye Ventures, | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) ON APPEAL FROM THE UNITED |
| v. | ) STATES DISTRICT COURT FOR |
| | ) THE SOUTHERN DISTRICT OF |
| REPÚBLICA BOLIVARIANA DE | ) OHIO |
| VENEZUELA; THE VENEZUELAN | ) |
| MINISTRY OF FINANCE, | ) |
| | ) |
| Defendants-Appellees. | ) |

O R D E R

BEFORE: COOK, KETHLEDGE, and DONALD, Circuit Judges.

COOK, Circuit Judge. When we affirmed the district court's judgment against DRFP L.L.C., dba Skye Ventures ("Skye"), we invited the República Bolivariana de Venezuela and the Venezuelan Ministry of Finance (collectively, "Venezuela") to seek attorneys' fees and costs associated with this appeal. *DRFP L.L.C. v. República Bolivariana de Venezuela*, 706 F. App'x 269, 279–80 (6th Cir. 2017). Venezuela did just that. There followed an opposition from Skye, a submission of unredacted invoices by Venezuela, and one more round of briefing from the parties.

We have reviewed the parties' submissions and conclude that Skye's appeal was frivolous. As we explained previously, Skye "advanced arguments untethered to valid analysis

of either Ohio or Venezuelan law." *Id.* at 280. And what's more, this appeal stemmed from Skye's "buy[ing] (for pennies on the dollar) notes that were obviously fraudulent, and then for twelve years [taking] a flier on enforcing them in federal court." *Id.* (Kethledge, J., concurring).

We therefore **GRANT** Venezuela's motion for attorneys' fees. Pursuant to Federal Rule of Appellate Procedure 38, we may "award just damages and single or double costs to" Venezuela. Venezuela seeks over $750,000 in attorneys' fees; challenging that calculation, Skye contends that any award should not exceed $35,000. We deem an award of $100,000 to be reasonable in light of Rule 38's purposes.

Accordingly, we **ORDER** Skye to pay Venezuela $100,000 for attorneys' fees incurred in this appeal. Skye and its counsel shall be jointly and severally liable to Venezuela for the entire award. *See* 28 U.S.C. § 1927; *see also, e.g.*, *Shaya v. Countrywide Home Loans, Inc.*, 489 F. App'x 815, 820 (6th Cir. 2012); *Raft v. C.I.R.*, 147 F. App'x 458, 463 (6th Cir. 2005).

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk